IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES RYAN RODGERS
ADC#166943 PLAINTIFF

V. NO: 4:17-cv-00469-SWW

DERRICK, Judge, White County,
Arkansas; *et al.* DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 23rd day of October, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE